Rose M. Leary, Respondent, *v.* Lizzie J. Corvin et al.,
Appellants.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See
181 N. Y. 222.)

--------

Edith Y. Price, Respondent, *v.* The City of New York,
Appellant.

*Price v. City of New York*, 104 App. Div. 198, appeal dismissed.
(Argued May 29, 1905; decided June 6, 1905.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the Appellate Division had unanimously affirmed the judgment as to the facts and no question of law was presented that could be reviewed by the Court of Appeals.

*George W. McKenzie* for motion.

*John J. Delany, Corporation Counsel* (*Edward H. Wilson* of counsel), opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.

--------

David W. O'Neil et al., Respondents, *v.* The New York
and Harlem Railroad Company et al., Appellants,
Impleaded with Another.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See
175 N. Y. 484.)